UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION                                MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −47)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 876 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Aug 09, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office. Attest: Sandy Opacich, Clerk
U.S. District Court, Northern District of Ohio
By: /s/Robert Pitts
Deputy Clerk

| | | | |
|---|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | | | MDL No. 2804 |

### SCHEDULE CTO−47 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 18−00677 | City of Troy, Alabama v. Amerisourcebergen Drug Corporation et al (JOINT ASSIGN) |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 18−00309 | Conecuh County, Alabama v. Amerisourcebergen Drug Corporation et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 1 | 18−04375 | Humboldt County v. Purdue Pharma, L.P. et al |
| FLORIDA NORTHERN | | | |
| FLN | 5 | 18−00162 | GULF COUNTY FLORIDA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GEORGIA MIDDLE | | | |
| GAM | 5 | 18−00248 | HOUSTON COUNTY v. PURDUE PHARMA LP et al |
| GEORGIA SOUTHERN | | | |
| GAS | 3 | 18−00052 | Laurens County, Georgia v. Amerisourcebergen Drug Corporation et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 18−02119 | CITY OF SHELBYVILLE, INDIANA et al v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| INS | 1 | 18−02122 | CITY OF JEFFERSONVILLE, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |

### KENTUCKY EASTERN

| | | | |
|---|---|---|---|
| ~~KYE~~ | ~~2~~ | ~~18−00126~~ | ~~Commonwealth of Kentucky et al v. Walgreens Boots Alliance, Inc. et al~~  Opposed 8/8/18 |

### MAINE

| | | | |
|---|---|---|---|
| ~~ME~~ | ~~2~~ | ~~18−00282~~ | ~~CITY OF PORTLAND v. PURDUE PHARMA LP et al~~  Opposed 8/7/18 |

### MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 18−02084 | Itasca County, Minnesota v. Purdue Pharma L.P. et al |
| MN | 0 | 18−02107 | Red Lake Band of Chippewa Indians v. Amerisourcebergen Drug Corporation et al |

### MISSISSIPPI NORTHERN

| | | | |
|---|---|---|---|
| MSN | 3 | 18−00159 | City of New Albany, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 4 | 18−00143 | City of Greenwood, Mississippi v. Amerisourcebergen Drug Corporation et al |

### NEW JERSEY

| | | | |
|---|---|---|---|
| ~~NJ~~ | ~~1~~ | ~~18−11983~~ | ~~CAMDEN COUNTY, NEW JERSEY v. PURDUE PHARMA L.P. et al~~  Opposed 8/8/18 |
| NJ | 2 | 18−11210 | CITY OF JERSEY CITY, NEW JERSEY v. PURDUE PHARMA L.P. et al |

### NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 6 | 18−00797 | Village of Herkimer, New York v. Purdue Pharma, L.P. et al |

### OHIO SOUTHERN

| | | | |
|---|---|---|---|
| ~~OHS~~ | ~~2~~ | ~~18−00719~~ | ~~Doyle v. Actavis LLC et al~~  Opposed 8/8/18 |

### UTAH

| | | | |
|---|---|---|---|
| ~~UT~~ | ~~1~~ | ~~18−00089~~ | ~~Weber County v. Purdue Pharma LP et al~~ Opposed 8/8/18 |
| ~~UT~~ | ~~2~~ | ~~18−00585~~ | ~~Uintah County et al v. Purdue Pharma LP et al~~  Opposed 8/8/18 |

### WASHINGTON EASTERN

| | | | |
|---|---|---|---|
| WAE | 2 | 18−00209 | Spokane County v. Purdue Pharma, L.P. et al |
| WAE | 4 | 18−05116 | Franklin County v. Purdue Pharma LP et al |

### WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 18−00950 | Whatcom County v. Purdue Pharma, LP et al |
| WAW | 2 | 18−01065 | Lummi Tribe of the Lummi Reservation v. Purdue Pharma, L.P. et al |

| | | | |
|---|---|---|---|
| WAW | 3 | 18−05589 | Kitsap County v. Purdue Pharma, L.P. et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 18−01087 | Waukesha County v. AmerisourceBergen Drug Corporation et al |